UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | 13 Cr. 699 (PAE) |
| | ORDER |
| KELVIN MARTINEZ, | |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter from defendant Kelvin Martinez in support of his motion to reconsider the denial of his compassionate release application. The Court will take this letter into consideration in resolving the pending motion.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 10, 2020
New York, New York

Rec'd 8/6/20
PAE

From: Kelvin Martinez - Reg.# 92027-054    July 31, 2020
      Danbury FCI                            Page 1-of-2
      33 ½ Pembroke Rd.
      Danbury, CT 06811

To: Hon. Paul A. Engelmayer
    United States District Court Judge
    Southern District of New York
    500 Pearl Street
    New York, NY 10007

Re: U.S. v. Martinez, Case #13-CR-699

Your Honor,
   I am the subject of this Motion for Compassionate Release, and I thought it would be appropriate to provide a first-hand prospective on my merits to re-enter the community. First and foremost, I have sincere remorse for my crime, and empathy for the victims. I have participated and successfully completed the RDAP, Drug Education Program, as well as several other Educational, Vocational, and Life Skills program classes. I understand how my actions affected others, and as a result, when I am released, will give back to the community. My skills acquired from programming include Life Coach, HVAC Electrical, Psychology, and Parenting.

Kelvin Martinez – Hon. Paul A. Engelmayer          Page 2 of 2

    I have 2 children, a 15 year old son, and an 11 year old daughter, that I would re-unite with, and lead, as a father, by example, how to be a lawful and productive member of the community.

    In preparation, over the 6 years that I have been incarcerated, I have completed and learned a vast amount from 30 rehabilitative program classes. As a result, I have successfully changed, and can assure you, that I am ready and able to rejoin the community without recidivism, and that I pose no risk to the community. I am, however, at high-risk, here at Danbury FCI, of contracting COVID-19, as has been documented.

    I truly hope you have faith in me, not just my words, and consider releasing me, under whatever conditions are appropriate for the Court and Probation.

Thank you,
Respectfully,

*[signature]*
Kelvin Martinez

Federal Correctional Institution
33 1/2 Pembroke Road
Danbury, CT 06811-3099
Inmate Name: Kelvin Martinez
Register Number: 92027-054

WESTCHESTER NY 105
04 AUG 2020 PM 1 L

Rec'd 8/6/2-
ny

Legal Mail

Hon. Paul A. Engelmayer
United States District Court
Southern District of N.Y.
500 Pearl Street
New York, NY 10007

10007-133099



FEDERAL CORRECTIONAL INSTITUTION DANBURY
33 1/2 PEMBROKE RD DANBURY CT, 06811

THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAIL PROCEDURES FOR FORWARDING TO YOU.
THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED.
IF THE WRITER RAISES A QUESTION OR PROBLEM OVER
WHICH THIS FACILITY HAS JURISDICTION, YOU
MAY WISH TO RETURN THE MATERIAL FOR FURTHER
INFORMATION OR CLARIFICATION. IF THE WRITER
ENCLOSES CORRESPONDENCE FOR FORWARDING
TO ANOTHER ADDRESSEE, PLEASE RETURN
THE ENCLOSURES TO THE ABOVE ADDRESS.